**INMATE CORRESPONDENCE REPLY - Govt. Code 552.028**

To: Richard Lee Pollard
#01934170
Wallace Pack Unit
2400 Wallace Pack Road
Navasota, TX 77868

From: District Clerk Llano County
832 Ford St.
Llano, TX 78643

JOYCE GILLEW
CLERK DISTRICT COURT, LLANO COUNTY, TEXAS
FILED
MAR 16 2015
AT __11:08__ O'CLOCK __A__ M
BY _____ DEPUTY

Trial Court Cause No: CR6692      Court of Appeals No.: 03-14-00545-CR

Dear Mr. Richard Lee Pollard,

__ __    Upon receipt of proper fee, the copies you requested will be prepared and mailed.
        Non-certified copies are $ 1.00 per page.   Certified copies are $ 1.00 for certification.
    The cost for copies requested will be $_____.
    *See also Government code 552.028 (a) a governmental body is not required to accept*
    *or comply with a request for information form (1) an individual who is imprisoned or*
    *or confined in correctional facility;.....*

_____    We will need a court order to prepare the copies you requested at no charge to you.

_____    Contact the Court Reporter listed below to request a copy of the Statement of Facts
    and fees.
    Name:_____
    Address:_____

_____    Your Petition for Writ of Habeas Corpus has been received and filed.  Article
    11.07 of the Texas Code of Criminal Procedure affords the State 15 days to answer.   After that 15
    days the Court has 20 days in which it may order a hearing.  If no order has been entered 35 days
    from the filing date, the petition will be forwarded to the Court of Appeals for their consideration.

__    The following document has been filed in the above listed case:
     A file-stamped copy of document is attached.

_____    This date, the transcript of your Petition for Writ of Habeas Corpus has been
     forwarded to the Court of Appeals.

_____    This is to acknowledge your motion for Shock Probation, please be advised the
    Court has   GRANTED/DENIED same.

 X    **Other: Enclosed you will find a copy of the Reporters Record and the Clerk's Record as per
        your written request filed with the Llano County District Clerk on 3/11/15.  This office
        has prepared a copy of the records based on the notice from the Court of Appeals
        in regards to the *Anders* brief.**

**All further correspondence should indicate the above cause number.**

FILED
June 8, 2015
Third Court of Appeals
Jeffrey D. Kyle
Clerk

Respectfully,
District Clerk, Llano County

By: _____Deputy

# CLERK'S CERTIFICATE OF SERVICE

I, Joyce Gillow, Clerk of the 33rd/424th Judicial District Court of Llano County, Texas, certify that I have complied with TRAP 34.5(g) and 34.6(h) as required. I certify that on the 11th day of March, 2015 by placing in the United States Mail return receipt requested a true copy of the clerk's record and reporter's record with Certified Mail # **7014 0510 0001 8417 5574.**

Joyce Gillow, Clerk
33rd / 424th Judicial District Court
832 Ford Street
Llano County, Texas
_____ Deputy

## U.S. Postal Service™
## CERTIFIED MAIL™ RECEIPT
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

*Sent To* Richard Lee Pollard #01934170
*Street, Apt. No.; or PO Box No.* Wallace Pack Unit 2400 Wallace
*City, State, ZIP+4* Pack Rd. Navasota TX 77868

7014 0510 0001 8417 5574

PS Form 3800, August 2006 — See Reverse for Instructions

CRL692

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Richard Lee Pollard
#01934170
Wallace Pack Unit
2400 Wallace Pack Road
Navasota, TX 77868

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
□ Agent
□ Addressee

B. Received by (Printed Name) | C. Date of Delivery

D. Is delivery address different from item 1? □ Yes
If YES, enter delivery address below: □ No

CRL692

3. Service Type
☒ Certified Mail®  □ Priority Mail Express™
□ Registered  □ Return Receipt for Merchandise
□ Insured Mail  □ Collect on Delivery

4. Restricted Delivery? (Extra Fee)  □ Yes

2. 7014 0510 0001 8417 5574

PS Form 3811, July 2013          Domestic Return Receipt